

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Binnaabah Ford and Joe C. Ford

No. 06-13-00109-CV

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 79,544). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

 

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We further order that the appellant pay all costs of this appeal.

RENDERED MAY 22, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk